**FILED**
08 JUN 10 AM 9:04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CRUZ,

    Plaintiff,

vs.

RICHARD SUBIA, (Warden)

    Defendant.

CASE NO. C08-2793 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Matthew Cruz__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 1 -

2004 Supp. App. 14-B, p.33

_____ and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?          Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                     Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8.   What are your monthly expenses?

Rent: $_____ -0-_____  Utilities: ___-0-_____

Food: $_____ -0-_____  Clothing: ___-0-_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NA | $ | $ |
|  | $ | $ |
|  | $ | $ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 3 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or              Yes ___ No _X_
9            self employment
10      b.   Income from stocks, bonds,           Yes ___ No _X_
11           or royalties?
12      c.   Rent payments?                       Yes ___ No _X_
13      d.   Pensions, annuities, or              Yes ___ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments,   Yes ___ No _X_
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                         Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

1
2
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                                  Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9         I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14   5-23-08                        Matthew Cnz
15      DATE                         SIGNATURE OF APPLICANT
16
17
...
28
PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 4 -
2004 Supp. App. 14-B, p.36

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **MATHEW CRUZ** for the last six months at

[prisoner name]

**Muir Creek** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **6.05** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **6.31**.

Dated: **5/30/08**         _____

[Authorized officer of the institution]

-5-

```
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 MULE CREEK STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: NOV. 01, 2007 THRU MAY 30, 2008

ACCOUNT NUMBER : F03927                        BED/CELL NUMBER: CG0000000000162M
ACCOUNT NAME   : CRUZ, MATHEW MANUEL              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                  TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------    ---------   --------   -----------   -------

11/01/2007   BEGINNING BALANCE                                                   0.35

11/05*VD54 INMATE PAYROL OCT    1661                   9.76                     10.11
11/07 FR01 CANTEEN RETUR 701702                                    0.10-        10.21
11/08 W512 LEGAL POSTAGE 1018   1736                               4.60          5.61
11/08 W512 LEGAL POSTAGE 1102   1736                               4.60          1.01
11/16 W512 LEGAL POSTAGE 1019   1868                               1.01          0.00
12/04*VD54 INMATE PAYROL NOV    2031                   2.68                      2.68
12/05 W512 LEGAL POSTAGE 1101   2077                               1.99          0.69
12/06 W516 LEGAL COPY CH 1101   2103                               0.69          0.00
      ACTIVITY FOR 2008
03/04*VD54 INMATE PAYROL FEB    3149                   8.19                      8.19
04/02*VD54 INMATE PAYROL MAR    3541                   8.43                     16.62
05/05*VD54 INMATE PAYROL APR    4031                   8.43                     25.05
05/07 FC03 DRAW-FAC 3    C/1ST  4101                              25.00          0.05


                              CURRENT HOLDS IN EFFECT

    DATE       HOLD
   PLACED      CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
 ---------     ----    ----------------------      -----------      -------------

 05/22/2008    H118    LEGAL COPIES HOLD            0521  4338           17.60


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/05                        CASE NUMBER: MCR448576
COUNTY CODE: SON                                FINE AMOUNT: $  8,400.00

   DATE        TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
 --------      ------   -----------                    -----------    -------

 11/01/2007    BEGINNING BALANCE                                      8,311.30
```

MULE CREEK STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 30, 2008

ACCT: F03927        ACCT NAME: CRUZ, MATHEW MANUEL        ACCT TYPE: I

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/05                    CASE NUMBER: MCR448576
COUNTY CODE: SON                            FINE AMOUNT: $ 8,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT | BALANCE |
|------|--------|-------------|------------|---------|
| 11/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 10.83- | 8,300.47 |
| 12/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.96- | 8,297.51 |
| 03/04/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.09- | 8,288.42 |
| 04/02/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.36- | 8,279.06 |
| 05/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.36- | 8,269.70 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.35 | 37.49 | 37.79 | 0.05 | 17.60 | 0.00 |

CURRENT AVAILABLE BALANCE
17.55-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5.30.08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

