1  Matthew Cruz F-03927
2  Mule Creek State Prison
   P.O. Box 409060
3  Ione, CA 95640

4  In Pro Se

FILED
08 AUG 21 PH 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CRUZ,
    Petitioner,

V.

RICHARD SUBIA, (Warden),
    Respondent.
_____/

CV 08-2793 (PR)

REQUEST FOR EMERGENCY INJUNCTIVE RELIEF ORDER PROHIBITING TRANSFER OF CUSTODY OF STATE PRISONER WITH PENDING REVIEW OF FEDERAL HABEAS CORPUS PROCEEDINGS PURSUANT TO FRAP RULE 23(A).

    Petitioner in the above entitled cause of action currently pending review before this Honorable Court, Matthew Cruz, hereby seeks an order of this Court restraining the California Department of Corrections and Rehabilitation from transferring his custody to a privately operated prison facility in Red Rock Arizona.

    This request is based upon this motion, the appended Memorandum of Authorities and declaration of Matthew Cruz. This motion is grounded upon rule 23(a) of the Federal Rules of Appellate Procedures.

Dated: 8·19·08

Respectfully submitted by:

_Matthew Cruz_
Mathhew Cruz, Petitioner

## MEMORANDUM OF ARGUMENT AND AUTHORITIES

Petitioner relies upon the authority of rule 23(a) of the Federal Rules of Appellate Procedures which states:

> **(a) Transfer of Custody Pending Review.**
> Pending review of a decision in a habeas corpus proceeding commenced before a court, justice, or judge of the United States for the release of a prisoner, the person having custody of the prisoner must not transfer custody to another unless a transfer is directed in accordance with this rule. When, upon application, a custodian shows the need for a transfer, the court, justice, or judge rendering the decision under review may authorize the transfer and substitute the successor custodian as a party.

**Facts:**

Petitioner is presently confined at Mule Creek State Prison located in Ione, California in the custody of the California Department of Corrections and Rehabilitation. Said custody stems from a criminal judgment in the Superior Court of the State of California, in and for the County of Sonoma located in Santa Rosa, California. Petitioner received a term of imprisonment of 13 years and 8 months on November 11, 2004.

After exhausting his state remedies of claims constituting sentencing errors, petitioner filed a petition for writ of habeas corpus before this Honorable court on June 4, 2008 in Case No. CV 08-2793 (PR). The matter is still pending review.

During the week of July 28, 2008 petitioner was taken before an institutional classification review committee for consideration for transfer to a privately operated prison

1.

1 located in Red Rock, Arizona. At this time petitioner informed
2 the committee that he had a petition for writ of habeas
3 corpus pending before this court and referred the committee
4 to rule 23(a) of the Federal Rules of Appellate Procedures.
5 Petitioner explained that for this, and several personal reasons
6 he did not wish to be transferred. The committee made note
7 of these facts but did not inform petitioner of any determinat-
8 ion. On August 11, Petitioner was directed to an interview
9 with a nurse for medical review pending transfer. Petitioner
10 was informed that he, and several other inmates, would be
11 transferring on or about September 4, 2008. He was also informed
12 that September 4th was a projected date and that it could be
13 sooner.

### PRAYER FOR RELIEF

Petitioner respectfully request this Honorable Court to grant the requested relief by issuing it's order to the relevant parties prohibiting them form transferring petitioner while the above matters are pending and through any appeals taken, if necessary.

Dated: 8·19·08

Respectfully submitted:

Matthew Cruz
Matthew Cruz, Petitioner.

2.



8/19/08

*James* (signature)