```
1  Matthew Cruz F-03927
   Mule Creek State Prison
2  P.O. Box 409060
   Ione, CA 95640
3
   In Pro Se
4
```

FILED
08 AUG 21 PM 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CRUZ,<br>    Petitioner,<br><br>    v.<br><br>RICHARD SUBIA,<br>    Respondent. | CV 08-2793 (PR)<br><br>DECLARATION OF MATTHEW CRUZ SUPPORTING REQUEST FOR INJUNCTIVE RELIEF. |

I, Matthew Cruz, Declare as follows:

1. I am the petitioner in the above entitled cause of action.

2. I am a state prisoner presently confined at Mule Creek State Prison located at Ione, California.

3. All statements of facts contained in the appended Request For Emergency Injunctive Relief are true and correct.

I declare under the penalty of perjury the foregoing is true and correct. Executed at Mule Creek State Prison by:

Dated: 8-19-08                          _Matthew Cruz_
                                        Matthew Cruz